AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

**Jul 23, 2026**

SEAN F. MCAVOY, CLERK

DENNIS S.

_Plaintiff_

v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY

_Defendant_

Civil Action No.   2:26-CV-00029-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐  the plaintiff _(name)_ _____ recover from the
defendant _(name)_ _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____
_____ recover costs from the plaintiff _(name)_ _____
_____ .

☑  other:    Pursuant to the Court Order at ECF No. 10, Plaintiff's Opening Brief, Motion for Summary Judgment, ECF No. 7, is DENIED, and the Commissioner's Brief, ECF No.9, is GRANTED. The decision of the Commissioner is affirmed. Judgment is entered for Defendant.

This action was _(check one)_:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Stanley A. Bastian.

Date:  7/23/2026

_CLERK OF COURT_

s/Sean F. McAvoy

_Signature of Clerk_